United States District Court
Southern District of Texas
FILED

DEC 1 0 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *versus* | § | Civil Action B-01-201 |
| | § | |
| Steve Reyna | § | |

## Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST. art. III, Section 2, and 28 U.S.C. § 1345.

2. *Venue.* Defendant resides in Cameron County, Texas, and may be served at 708 Orange Heights, Harlingen, TX 78550.

3. *The Debt.* The debt owed the United States is:

   A. Principal as of August 25, 2000: $4,035.27

   B. Interest as of August 25, 2000: $3,520.87

   C. Adminstrative fees, costs, penalties $87.00

   D. Balance due as of August 25, 2000 $7,643.14

   E. Prejudgment interest accrues at 9.00% per annum from August 25, 2000, being $0.99 per day

   F. Attorney's fees of $2,500.00

   G. The balance is after credits of $177.00

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest balances shown were correct.

4. *Failure to Pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it. All conditions precedent have been performed or have occurred.

5. *Prayer.* The United States prays for judgment for:

A. The sums in paragraph 3 plus prejudgment interest through the date of judgment, adminstrative costs, and post-judgment interest.

B. Attorney's fees; and

C. Other relief the court deems proper.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

**YOUR ANSWER OR OTHER RESPONSIVE PLEADING MUST BE FILED WITH THE UNITED STATES DISTRICT CLERK.**

**THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRE THAT YOU SEND US A COPY OF EVERY DOCUMENT YOU FILE WITH THE COURT.**

# U. S. DEPARTMENT OF EDUCATION
# SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

NAME: Steve Reyna
ADDRESS: 531 S Iowa Ave
Brownsville, TX 78521-5645

SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 08/25/00.

On or about 03/05/81, 05/28/81 and 01/22/82, the borrower executed promissory note(s) to secure loan(s) of $750.00, $750.00 and $1,000.00 from The Texas Opportunity Plan Fund at the annual rate of 9% under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the notes(s), and credited $23.99 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 09/21/83, and the holder filed a claim on the guarantee.

Since assignment of the loan, the Department has received a total of $177.00 from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $4,035.27 |
| Interest: | $3,520.87 |
| Late Fees: | $0.00 |
| Admin. Costs: | $87.00 |
| Total debt as of 08/25/00: | $7,643.14 |

Interest accrues on the principal shown here at the rate of 9% per annum and a daily rate of $0.99.

CERTIFICATION: Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

AUG 30 2000
Date

Name: _____ D. SLATER
Loan Analyst
Litigation Branch

EXHIBIT A

B3-2/ED-LITGN/COIFSL.DOC

# United States District Court
## Southern District of Texas

**SUMMONS IN A CIVIL CASE**

United States of America

v.

CASE NUMBER: **B-01-201**

Steve Reyna

TO: (Name and Address of Defendant)

**Steve Reyna**
**708 Orange Heights**
**Harlingen, TX 78550**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**J. Michael Weston**
**BENNETT, WESTON & LaJONE, P.C.**

**1750 Valley View Lane., Suite 120**
**Dallas, TX 75234**

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael N. Milby, Clerk**                     December 10, 2001
Clerk                                            Date

BY DEPUTY CLERK