CAB-01-201

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by ? WILLIAM J. MCMILLON | Date 12/31/2001 AT 11:55 AM |
| NAME OF SERVER (PRINT) AS ABOVE | Title PROCESS SERVER |

Check one box below to indicate appropriate method of service

United States District Court
Southern District of Texas
FILED

JAN 0 7 2002

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served. _____

☑ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left.
By SERVING EMELIA REYNA (SISTER)
AT: 708 ORANGE HEIGHTS, HARLINGEN, TX 78550

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on 12/31/ 
Date

Signature of Server: Wm. J. McMillon

Address of Server: 204 West Ferguson, Pharr, TX

SUBSCRIBED AND SWORN TO ME ON THE 31 DAY OF DEC 2001

NOTARY PUBLIC

DAVE C ECKSTEIN
MY COMMISSION EXPIRES
February 10 2002