

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-01-201 |
| Steve Reyna | § | |

## MOTION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the United States of America moves for the entry of default against Steve Reyna who has not filed an answer or other responsive pleading in this cause.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## Certificate of Service

I certify that a true copy of the Motion for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Steve Reyna at 708 Orange Heights Harlingen, TX 78550, by (1) certified mail, return receipt requested, No. 7001 1940 0006 6786 7347, and (2) regular, first class mail on the 23rd day of January, 2002.

_____