UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 28 2002

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *versus* | § | Civil Action B-01-201 |
| | § | |
| Steve Reyna | § | |

ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Steve Reyna in that the defendant has not filed an answer or other responsive pleading in this cause.

Done this 28th day of January, 2002, at Brownsville, Texas.

Michael N. Milby, Clerk

United States Deputy District Clerk