9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 12 2002

Michael N. Milby
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-01-201 |
| | § | |
| STEVE REYNA | | |

## O R D E R

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action.  After a de novo review of the file,

A.    The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B.    Plaintiff's Motion for Default Judgment (Pleading No. 7) is hereby GRANTED; and

C.    Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

| | | |
|---|---|---|
| 1. | Principal Balance as of August 25, 2000 | $ 4,035.27 |
| 2. | Current Interest | $ 3,520.87 |
| 3. | Administrative Fees, Costs, Penalties | $    87.00 |
| 4. | Attorney's Fees | $   550.00 |
| 5. | Pre-Judgment Interest Rate Per annum | 9.00% |
| 6. | Daily Accrual: | $    .99 |
| 7. | TOTAL Balance Due (Including Attorney's Fees) | $ 8,193.14 |
| 8. | Post Judgment Interest equals *2.41* % per annum | |

DONE in Brownsville, Texas, this ___*10*___ of ___*March*___ 2002.

_____
Hilda G. Tagle
United States District Judge