UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-01-201 |
| | § | |
| Steve Reyna | § | |

### POST-JUDGMENT DISCOVERY

TO:   Steve Reyna, 1225 N. Sunset Dr., Harlingen, TX 785503208

The United States has a judgment against you. The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer each of the attached questions (called Interrogatories) and produce all of the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 75234.

Failure to answer each interrogatory fully and t documents are serious matters which will be brought t

### INSTRUCTIC

1.   Send your sworn answers to the interro for inspection and copying **within 30 days of your re**
   J. Michael Weston
   BENNETT, WESTON & LaJO
   1750 Valley View Lane, Suite 1
   Dallas, Texas 75234

2.   Answer each Interrogatory in the space



EXHIBIT __1__

5. "You," or "Your" refers to Steve Reyna, and, **IF YOU ARE MARRIED, THE TERM INCLUDES YOUR SPOUSE.**

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. 7001670001059476203) and regular mail on this 31st day of _____, 2004.

_____

EXHIBIT __1__

**BENNETT, WESTON & LaJONE, P.C.**
**Attorneys and Counselors At Law**
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                                          Fax: (214) 373-6810

June 17, 2004

**PERSONAL AND CONFIDENTIAL**
Steve Reyna
1225 N. Sunset Dr.
Harlingen, TX 785503208
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
NO. _70011-710010 5941 5_ AND REGULAR MAIL

    Re:    United States of America v. Steve Reyna, Civil Action B-01-201

Enclosed is United States' Postjudgment Discovery served on you under the Federal Rules of Civil Procedure. The first two pages of the Post Judgment Discovery contain important instructions which you must read and follow carefully.

You must respond fully and truthfully to the discovery requests within the time allowed. If you need additional time, please call us immediately.

If you wish to settle this claim, please call us.

**CONTACT YOUR ATTORNEY WITH ANY QUESTIONS ABOUT YOUR RIGHTS.**

                                  Yours very truly,

                                  J. MICHAEL WESTON

encl.

**WE COLLECT DEBTS FOR CLIENTS.**
**THIS IS AN ATTEMPT TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

EXHIBIT _1_