## BENNETT, WESTON & LaJONE, P.C.
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                                          Fax: (214) 373-6810

August 16, 2004

Steve Reyna
1225 N. Sunset Dr.
Harlingen, TX 78550-3208

    Re:    **United States of America v. Steve Reyna**, No. B-01-201, Judgment dated: March 12, 2002

YOU HAVE NOT RESPONDED TO THE POST JUDGMENT DISCOVERY
SERVED ON YOU.

**You must immediately and completely respond to the post-judgment discovery. If you do not respond, we will ask that the United States District Court impose sanctions on you.**

THIS IS A SERIOUS MATTER.

CONTACT YOUR ATTORNEY IMMEDIATELY.

IF YOU HAVE QUESTIONS OF US, CALL HELEN FABIAN AT EXTENSION 237.

WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Yours very truly,



J. MICHAEL WESTON

EXHIBIT 2