UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-01-201 |
| Steve Reyna | § § | |

Order Compelling Discovery Responses and Awarding Sanctions

Steve Reyna must fully respond to the interrogatories and requests for production served upon Steve Reyna by the United States by December 29, 2004.

If Steve Reyna fails to comply with this order, Steve Reyna may be held in contempt.

The United States is awarded costs and attorney's fees of $200.00 against Steve Reyna. Costs and attorney's fees shall be paid to counsel for the United States by December 29, 2004.

SIGNED this _____ day of _____, 2004.

_____
United States District Judge