UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-01-201 |
| | § | |
| STEVE REYNA | | |

## ORDER COMPELLING DISCOVERY RESPONSES

Steve Reyna must fully respond to the interrogatories and requests for production served upon Steve Reyna by the United States by December 29, 2004.

If Rose Steve Reyna fails to comply with this order, he may be held in contempt.

SIGNED this _15th_ day of November 2004, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge