UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 6 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-201 |
| | § | |
| STEVE REYNA, | § | |
| Defendant. | § | |

## ORDER

On November 4, 2004 the government filed a motion to compel discovery responses and for an award of sanctions in the above styled and numbered case (Docket No. 10). On November 15, 2004 the Court entered an order explicitly granting the government's motion to compel discovery responses but implicitly denying the request for sanctions (Docket No. 11). This order is to clarify the government's motion for sanctions was indeed denied. The clerk is therefore ORDERED to take such motion off the pending motions list.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 6th day of April, 2005.

Felix Recio
United States Magistrate Judge